IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Wollnik, Thomas C

Printed: 03/17/09

Case Number: 06 B 05361
Judge: Goldgar, A. Benjamin
Filed: 5/11/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: March 16, 2009
Confirmed: June 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,639.00 |  |
| Secured: |  | 19,050.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,329.00 |
| Trustee Fee: |  | 1,259.80 |
| Other Funds: |  | 0.00 |
| Totals: | 22,639.00 | 22,639.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Lynch P C | Administrative | 2,329.00 | 2,329.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 26,206.37 | 19,050.20 |
| 4. | Patient Financial Services | Unsecured | 51.50 | 0.00 |
| 5. | Henry K Errek PhD | Unsecured | 408.09 | 0.00 |
| 6. | Capital One | Unsecured | 228.57 | 0.00 |
| 7. | Country Door | Unsecured | 180.47 | 0.00 |
| 8. | Providian | Unsecured |  | No Claim Filed |
| 9. | Alan Roofing | Unsecured |  | No Claim Filed |
| 10. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 11. | MRSI | Unsecured |  | No Claim Filed |
| 12. | Midwest Division | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,404.00 | $ 21,379.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 155.00 |
| 4.8% | 211.10 |
| 5.4% | 456.46 |
| 6.5% | 266.94 |
| 6.6% | 170.30 |
|  | $ 1,259.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wollnik, Thomas C | Case Number:  06 B 05361
| Judge:  Goldgar, A. Benjamin
Printed: 03/17/09 | Filed:  5/11/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*